```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                      CASE NO. 05 B 02644
      TERACITA K WALKER
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

            Debtor
      SSN XXX-XX-8503


   ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 01/27/05 and confirmed on 03/18/05.

      2.  The case was dismissed after confirmation, 01/09/2009.

      3.  The Debtor paid a total of $  62740.00 .

      4.  The Trustee made disbursements to creditors as follows:


   ------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                                 PAID        PAID
   ------------------------------------------------------------------------------
   WELLS FARGO                CURRENT MORTG    54718.99          .00       54718.99
   WELLS FARGO                MORTGAGE ARRE    17287.23          .00        3875.96
   ALLIANT CREDIT UNION       SECURED VEHIC       70.93       106.00          70.93
   AT & T                     UNSECURED        NOT FILED         .00            .00
   UNITED STUDENT AID FUNDS   UNSECURED        19061.88          .00            .00
   PREMIER BANKCARD/CHARTER   UNSECURED          452.13          .00            .00
   UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED         .00            .00
   NATIONAL LOUIS UNIVERSIT   UNSECURED         2090.00          .00            .00
             Summary of disbursements:
   ------------------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
   ------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED  72077.15         .00    21604.01         .00       93681.16
   PRINCIPAL PAID      58665.88         .00         .00         .00       58665.88
   INTEREST PAID         106.00         .00         .00         .00         106.00
   TOTAL PAID          58771.88         .00         .00         .00       58771.88
   The Debtor's attorney, LEGAL HELPERS PC              , was allowed $    2700.00
   and was paid $   1400.00   direct and $   1300.00   through the plan.

   The Trustee received $    2668.12 .

   Refunds to the Debtor totaled $         .00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.




      Dated: 03/13/09                    /S/
                                     GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 02644 TERACITA K WALKER